IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| JOHN L. STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | Removed from the Circuit Court of |
| PAUL GODFREAD, ALAN COOPER, | ) | Miami-Dade County Case No. 13-6680 CA 4 |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF ENTRY OF PARTIES**

Defendants, Paul Godfread and Alan Cooper (collectively, "Defendants"), by and through their counsel, file this Notice of Entry of Parties, requesting addition of JOHN DOES 1 – 10 as parties to the matter, which were not added at the time of the filing of the Petition for Removal.

Respectfully submitted this the 6th day of March, 2013.

        LAW OFFICES OF BRADFORD A.
        PATRICK PA

        /s/  BRADFORD A. PATRICK
        _____
        Bradford A. Patrick, Esq.
        Florida Bar No.: 529850
        3001 North Rocky Point Drive East, Ste 200
        Tampa, FL 33607
        Telephone: (813) 384-8548
        Fax:  (813) 333-7321
        Attorney for Plaintiffs
        E-mail: bap@baplegal.com

**CERTIFICATE OF SERVICE**

I certify that on March 6, 2013, I electronically served the foregoing per the Service List below.

/s/ BRADFORD A. PATRICK

Johnathan L. Steele
161 North Clark Street Suite 3200
Chicago IL 60601
Tel (312) 880-9160
Fax (312) 893-5677
johnlsteele@gmail.com
jlsteele@wefightprivacy.com