IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN L. STEELE,<br><br>             Plaintiff,<br>v.<br><br>PAUL GODFREAD, ALAN COOPER,<br>and JOHN DOES 1-10,<br><br>             Defendants. | No. 1:13-cv-20744-JAL<br><br>Judge: Honorable Joan A. Lenard |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice. The Defendants have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,

DATED: March 6, 2013

By:   /s/ John L. Steele
      John L. Steele, *Pro Se*
      1111 Lincoln Road, Suite 400
      Miami Beach, FL 33139
      Telephone: 888-588-9473
      Fax: 888-964-9473

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 6, 2013, a true and correct copy of the foregoing document was sent via First-Class, postage prepaid to the Defendants in this action.

/s/ John L. Steele
John L. Steele, *Pro Se*
